# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-3427
_____

United States of America

*Plaintiff - Appellee*

v.

Jose Eduardo Solorio Rojas

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Central
_____

Submitted: May 6, 2026
Filed: May 11, 2026
[Unpublished]
_____

Before GRUENDER, KELLY, and KOBES, Circuit Judges.
_____

PER CURIAM.

Jose Rojas appeals after he pleaded guilty to an illegal reentry offense and the district court[1] imposed a within-Guidelines sentence. His counsel has moved for

_____

[1]The Honorable Stephen H. Locher, United States District Judge for the Southern District of Iowa.

leave to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the sentence as substantively unreasonable.

After careful review, we conclude that the district court did not abuse its discretion in sentencing Rojas. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (standard of review); *United States v. Callaway*, 762 F.3d 754, 760 (8th Cir. 2014) (stating that a sentence within the Guidelines is presumed to be reasonable). We have also independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal.

Accordingly, we affirm the judgment, and we grant counsel leave to withdraw.

_____